# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BUTTERFIELD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-33 AG (KESx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 9, 2017<br>Removal Date: January 10, 2018<br>Trial Date: June 18, 2019<br>District Judge: Hon. Andrew J. Guilford<br>　　　　　　Courtroom 10D,<br>　　　　　　Santa Ana<br>Magistrate Judge: Hon. Karen E. Scott<br>　　　　　　Courtroom 6D,<br>　　　　　　Santa Ana |

| | |
|---|---|
| 1 | The Court, having considered the Stipulation and Joint Request for Dismissal |
| 2 | pursuant to Rule 41(a) of the Federal Rules of Civil Procedure jointly filed by the |
| 3 | parties, finds that this action shall be dismissed with prejudice. Each party to bear |
| 4 | his/its own attorney fees and costs. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: November 21, 2019 |

_____
Honorable Andrew J. Guilford